# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### REDDING BRANCH

UNITED STATES OF AMERICA					CASE NO. 06-cr-0030 CMK

vs.									ORDER TO PAY

BILLIE RAY SMOTHERS


YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

| Count | Fine | Assessment |
|---|---|---|
| Count I   | Fine: $ 150.00 | Assessment: $ 25.00 |
| Count II  | Fine: $ 250.00 | Assessment: $ 25.00 |
| Count III | Fine: $        | Assessment: $       |
| Count IV  | Fine: $        | Assessment: $       |
| Count V   | Fine: $        | Assessment: $       |

(X)    FINE TOTAL OF $ 400.00 and a penalty assessment of $ 50.00 payable forthwith.

(X)    RESTITUTION OF $130.00 (paid to agency representative in court).

( )    PROBATION to be unsupervised for a period of _____. Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.

Dated: September 12, 2006

Craig M. Kellison
U.S. Magistrate Judge